UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CASE NO. 1:14-CV-02478-TCB

MELANIE E. DAMIAN,
as Receiver for the Estate of Aubrey
Lee Price; PFG, LLC; PFGBI, LLC;
Montgomery Asset Management, LLC f/k/a PFG
Asset Management, LLC, (Florida limited liability
company); and Montgomery Asset Management,
LLC f/k/a PFG Asset Management, LLC
(Georgia limited liability company),

        Plaintiff,

v.

SCAN INTERNATIONAL, U.S.A.,
INC. (Florida corporation), SCAN
INTERNATIONAL a/k/a SCAN
INTERNACIONAL a/k/a SCAN
INTERNACIONAL DE NICARAGUA
(Foreign corporation); EDGAR
STUARDO MARROQUIN ARCHILA;
and RONALDO ENRIQUE
RODRIGUEZ GARCIA,

        Defendants.
_____/

## DEFAULT FINAL JUDGMENT AGAINST DEFENDANTS

THIS CAUSE having come before the Court on Plaintiff's Motion for Default Final Judgment Against Defendants, SCAN International, U.S.A., Inc.,

("SCAN"), SCAN International a/k/a SCAN Internacional a/k/a SCAN Internacional de Nicaragua ("SCAN International"), Edgar Stuardo Marroquin Archila ("Archila"), and Ronaldo Enrique Rodriguez Garcia ("Garcia") (collectively, "Defendants"), (the "Motion") and with the Court having considered the Motion and the pertinent portions of the record, and, being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED as follows:

The Motion for Default Final Judgment against Defendants is GRANTED. Judgment is hereby entered in favor of Plaintiff, Melanie E. Damian, as the Receiver (the "Receiver") of the Estate of Aubrey Lee Price, PFG, LLC, Montgomery Asset Management, LLC f/k/a PFG Asset Management, LLC (Florida limited liability company), Montgomery Asset Management, LLC f/k/a PFG Asset Management (Georgia limited liability company) ("Asset Management"), and PFGBI, LLC ("PFGBI,"), whose address is c/o Damian & Valori LLP, 1000 Brickell Avenue, Suite 1020, Miami, Florida 33131, and against Defendants, Archila and Garcia, whose last known addresses are 37 Avenida "A", 3-66, Zona 7, El Rodeo, Guatemala, SCAN, whose last known address is c/o Aubrey Lee Price, Federal Prison Camp, 100 Prison Rd., Estill, SC 29918 and c/o Aubrey Lee Price, 3212 Bay Drive, Bradenton, FL 34207, and SCAN

International, whose last known addres is 2da Entrada Las Colinas Casa #6, Managua, Nicaragua or 37 Avenida "A", 3-66, Zona 7, El Rodeo, Guatemala.

Defendants are held jointly and severally liable to Plaintiff in the amount of $544,047.12, which shall bear interest at the statutory rate to run from the date of this Judgment until full payment of the Judgment amount is made, for which sum let execution issue forthwith.

Defendants shall complete and serve upon Plaintiff Form 1.977, including all required attachments, within 45 days of the entry of this Judgment.

DONE AND ORDERED in Chambers in Atlanta, Georgia, this 5th day of November, 2015.

_____
TIMOTHY C. BATTEN, SENIOR
UNITED STATES DISTRICT JUDGE

Copies Furnished To:
*All Counsel and Parties*